JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO BASTIDAS, | ) Case No. 07-8390 MMM(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| DEBRA DEXTER | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: November 30, 2011

*Margaret M. Morrow*
_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE